NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GE LIGHTING SOLUTIONS, LLC,**
*Plaintiff-Appellant*

v.

**LIGHTS OF AMERICA, INC., LIGHTING SCIENCE GROUP CORPORATION, FEIT ELECTRIC COMPANY, INC., MSI, LLC,**
*Defendants-Appellees*

---

2015-1979, -1980, -1981, -1982

---

Appeals from the United States District Court for the Northern District of Ohio in Nos. 1:12-cv-03131-DAP, 1:12-cv-03132-DAP, 1:12-cv-03134-DAP, and 1:12-cv-03136-DAP, Judge Dan Aaron Polster.

---

**O R D E R**

The above-captioned appeals appear to be related.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. Appellant's opening brief is due no later than November 3, 2015.

2  GE LIGHTING SOLUTIONS, LLC v. LIGHTS OF AMERICA, INC.

            For the Court

            <u>/s/ Daniel E. O'Toole</u>
            Daniel E. O'Toole
            Clerk of Court

s26