# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

GE Lighting Solutions, LLC    v.    Lights of America, Inc., Lighting Science Group Corp., Feit Electric Company, Inc., MSI, LLC

No. 2015-1979,-1980,-1981,-1982

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se      ☒ As counsel for:   GE Lighting Solutions, LLC
                                   Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☒ Appellant      ☐ Appellee       ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

Name: Richard L. Rainey
Law Firm: Covington & Burling LLP
Address: One CityCenter, 850 Tenth Street, NW
City, State and Zip: Washington, DC 20001-4956
Telephone: 202 662 5565
Fax #: 202-778-5565
E-mail address: RRainey@cov.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6/4/96

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  10/20/2015         Signature of pro se or counsel   /s/ Richard L. Rainey

cc: _____

Reset Fields