NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GE LIGHTING SOLUTIONS, LLC,**
*Plaintiff-Appellant*

v.

**LIGHTS OF AMERICA, INC., LIGHTING SCIENCE GROUP CORPORATION, FEIT ELECTRIC COMPANY, INC., MSI, LLC, TECHNICAL CONSUMER PRODUCTS, INC.,**
*Defendants-Appellees*

---

2015-1979, -1980, -1981, -1982, -2044

---

Appeals from the United States District Court for the Northern District of Ohio in Nos. 1:12-cv-03131-DAP, 1:12-cv-03132-DAP, 1:12-cv-03134-DAP, and 1:12-cv-03136-DAP, Judge Dan Aaron Polster, and No. 5:12-cv-03127-JRA, Judge John R. Adams.

---

**ON MOTION**

---

**O R D E R**

Appellant GE Lighting Solutions, LLC moves unopposed to consolidate the above-captioned appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The appeals are consolidated. The revised official caption is reflected above. Appellant's opening brief is due no later than November 16, 2015.

                                 FOR THE COURT

                                 <u>/s/ Daniel E. O'Toole</u>
                                 Daniel E. O'Toole
                                 Clerk of Court

s32